UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers' Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

v. C.A. No.: 06-344T

R.P. IANNUCCILLO AND SONS CONSTRUCTION COMPANY

**ENTRY OF APPEARANCE**

Now comes Girard R. Visconti and the firm of Visconti & Boren, Ltd and I hereby enter my appearance for defendant R.P. Iannuccillo and Sons Construction Company in the above entitled matter.

R.P. Iannuccillo and Sons Construction Company
By its Attorney,

/s/ Girard R. Visconti

Girard R. Visconti (#0566)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Tel.)
(401) 421-9302 (Fax)
e-mail grv@viscontilaw.com

## ***CERTIFICATION***

The undersigned hereby certifies that this document has been filed electronically on this 16th day of August, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**

**Robert P. Brooks**
rbrooks@apslaw.com

**Jaime J. LaPorte**
jlaporte@apslaw.com

/s/ Girard R. Visconti