Case 1:06-cv-00344-T-DLM Document 4 Filed 08/17/2006 Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers' Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

v. C.A. No.: 06-344T

R.P. IANNUCCILLO AND SONS CONSTRUCTION COMPANY

**STIPULATION**

Defendant's time to answer or otherwise plead in the above captioned matter it hereby extended to August 30, 2006.

***Ronald M. Coia, et al***
By their attorneys

/s/ Robert P. Brooks
/s/ Jaime J. LaPorte
Robert P. Brooks (#3721)
Jaime J. LaPorte (#6668)
***Adler Pollock & Sheehan, PC***
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200 (Tel.)
(401) 751-0604 (Fax)
e-mail rbrooks@apslaw.com
jlaporte@apslaw.com

***R.P. Iannuccillo and Sons Construction Company***
By its Attorney,

/s/ Girard R. Visconti
Girard R. Visconti (#0566)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Tel.)
(401) 421-9302 (Fax)
e-mail grv@viscontilaw.com

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/22/06