UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 06-344T |
| R.P. IANNUCCILLO AND SONS CONSTRUCTION COMPANY | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Ronald M. Coia, et al., hereby voluntarily dismiss the Complaint in the above-referenced matter, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks__________________
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Dated: September 5, 2006

**CERTIFICATION**

I hereby certify that this document has been filed electronically on this 5th day of September, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

grv@viscontilaw.com

/s/ Robert P. Brooks_________________

*392166_1.doc*